CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIKAS ATTIGUPPA SATHYAPRAKASH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES,<br><br>　　　　　Defendant. | Case No. 5:25-cv-10790-NC<br><br>**SECOND STIPULATION TO EXTEND TIME<br>FOR DEFENDANT'S RESPONSE; ORDER** |

The parties apologize to the Court for their delay in submitting a response by May 4, 2026, due to the need for the parties to confer on the case status and reach an agreement on the stipulation. On March 23, 2026, the Court granted the parties' stipulation to extend time for Defendant's response to Plaintiff's complaint to May 4, 2026. *See* Dkt. No. 15. Plaintiff and Defendant now stipulate and respectfully request the Court to grant an additional extension of time for Defendant's response to Plaintiff's complaint and set a due date for May 26, 2026. The parties conferred and agreed to an additional extension to the responsive pleading deadline in this case to allow the agency additional time to review Plaintiff's Form I-485.

The parties further request a corresponding extension on the deadline for filing a summary judgment motion. Currently, Defendant must file a motion for summary judgment by July 6, 2026.  In view of the agreed-upon extension for Defendant's response to the complaint, the parties request that

Stipulation to Continue Deadline
Case No. 5:25-cv-10790-NC                                   1

Defendant file a motion for summary judgment by July 27, 2026.

Dated: May 5, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: May 5, 2026

/s/ Vikas A. Sathyaprakash
VIKAS A. SATHYAPRAKASH
Pro Se Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 6, 2026

HON. NATHANAEL COUSINS
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

---

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Continue Deadline
Case No. 5:25-cv-10790-NC                      2